DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| State v. Mathis<br><br>Case below:<br>176 N.C. App. 191 | No. 145P06 | 1. Def's PDR Under N.C.G.S.<br>§ 7A-31(c)(1)-(3) (COA05-454)<br><br>2. Def's NOA Under N.C.G.S. § 7A-30-1<br>(Constitutional Question)<br><br>3. AG's Motion to Dismiss Appeal | 1. Denied<br>(06/29/06)<br><br>2. ——<br><br>3. Allowed<br>(06/29/06) |
| State v. McGee<br><br>Case below:<br>175 N.C. App. 421 | No. 060P06 | 1. Def's NOA Based Upon a Constitutional<br>Question (COA05-301)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed<br>(06/29/06)<br><br>3. Denied<br>(06/29/06) |
| State v. Melton<br><br>Case below:<br>175 N.C. App. 733 | No. 121A06 | 1. Def's NOA Based Upon a Constitutional<br>Question (COA05-108)<br><br>2. AG's Motion to Dismiss Appeal | 1. ——<br><br>2. Allowed<br>(06/29/06) |
| State v. Melvin<br><br>Case below:<br>176 N.C. App. 768 | No. 214P06 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-531) | Denied<br>(06/29/06) |
| State v. Moore<br><br>Case below:<br>175 N.C. App. 795 | No. 137P06 | Def's PDR Under N.C.G.S. § 7A-31<br>(COA05-419) | Denied<br>(06/29/06) |
| State v. Morton<br><br>Case below:<br>175 N.C. App. 795 | No. 116P06 | 1. Def's NOA Based Upon A<br>Constitutional Question (COA05-257)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed<br>(06/29/06)<br><br>3. Denied<br>(06/29/06) |
| State v. Noble<br><br>Case below:<br>175 N.C. App. 248 | No. 037P06 | Def's PDR Under N.C.G.S. §. 7A-31<br>(COA05-249) | Denied<br>(06/29/06) |